UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

QUEBECOR WORLD (USA) INC. :
Plaintiff, :
V. : C.A. No. 07-__________
:
ELEGANT PUBLISHING, INC. : CA 07 238 ML
Defendant. :

**COMPLAINT**

PARTIES

1. Plaintiff Quebecor World (USA) Inc. ("Quebecor") is a Delaware corporation with its principal place of business in North Haven, Connecticut.

2. Upon information and belief, Defendant Elegant Publishing, Inc. ("Elegant") is a Rhode Island corporation with its principal place of business in Barrington, Rhode Island.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Further, Quebecor and Elegant have consented to the jurisdiction of this Court pursuant to the forum selection clause in the contractual agreement at issue in this action.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to Quebecor's claims occurred in this District. Further, Quebecor and Elegant have specifically consented to venue in this District.

## FACTS COMMON TO ALL COUNTS

5. On or about August 27, 2004, Quebecor and Elegant entered into a Printing Agreement ("Agreement"), whereby Quebecor agreed to provide printing and related services regarding Elegant's periodic publication of magazines entitled *Wedding Style Magazine* and *Marriage Magazine*.

6. Quebecor has fulfilled all of its obligations under the Agreement.

7. Despite several demands by Quebecor, Elegant has failed to pay Quebecor fully for services rendered under the Agreement.

8. After breaching the Agreement by failing to pay amounts due and owing, Elegant sent a communication to Quebecor on or about April 6, 2007 purporting to terminate the Agreement. Elegant's improper termination further breached the provisions of the Agreement.

9. As of June 27, 2007, Elegant owes Quebecor approximately $258,000.00 for unpaid services rendered in accordance with the Agreement.

## COUNT I
(Breach of Contract)

10. Quebecor restates and incorporates its allegations in paragraphs 1 - 9.

11. Quebecor has provided services to Elegant in compliance with the Agreement.

12. Elegant has breached the Agreement by failing to pay invoices totaling approximately $258,000.00.

13. Elegant has further breached the Agreement by wrongfully terminating the Agreement in contravention of its provisions.

14. Quebecor has suffered damages as a result of Elegant's contractual breaches, including (a) the delinquent balance owed by Elegant and (b) lost profits resulting from Elegant's wrongful termination of the Agreement.

WHEREFORE, Quebecor prays for a judgment against Elegant on Count I in the amount sufficient to compensate Quebecor fully for its damages, including the payment of the delinquent balance and lost profits, plus interest, costs and reasonable attorneys' fees pursuant to R.I. Gen. Laws § 9-1-45.

COUNT II
(Book Account)

15. Quebecor restates and incorporates its allegations in paragraphs 1 - 14.

16. Elegant is indebted to Quebecor on book account in the approximate amount of $258,000.00 for services rendered.

WHEREFORE, Quebecor demands judgment against Elegant on Count II in the amount sufficient to satisfy the book account, plus interest, costs and reasonable attorneys' fees pursuant to R.I. Gen. Laws § 9-1-45.

COUNT III
(Quantum Meruit/Unjust Enrichment)

17. Quebecor restates and incorporates its allegations in paragraphs 1 - 16.

18. Under the circumstances, as set forth above, it would be inequitable for Elegant to retain the benefit of Quebecor's services without payment of the value thereof in the approximate amount of $258,000.00.

WHEREFORE, Quebecor demands judgment against Elegant on Count III in the amount sufficient to compensate Quebecor for its damages, plus interest, costs and reasonable attorneys' fees pursuant to R.I. Gen. Laws § 9-1-45.

Plaintiff,

QUEBECOR WORLD (USA) INC.
By its Attorneys,

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
srichard@nixonpeabody.com

Dated: June 27, 2007