UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| QUEBECOR WORLD (USA) INC. Plaintiff, | : | |
| V. | : | C.A. No. 07-_________ CA 07 238 ML |
| ELEGANT PUBLISHING, INC. Defendant. | : | |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Quebecor World (USA) Inc. makes the following corporate disclosure:

Quebecor World (USA) Inc. is a wholly owned subsidiary of Quebecor Printing Holding Company, which in turn is a wholly owned subsidiary of Quebecor World Inc. (a Canadian publicly held corporation).

Plaintiff,

QUEBECOR WORLD (USA) INC.
By its Attorneys,

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
srichard@nixonpeabody.com

Dated: June 27, 2007