UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| QUEBECOR WORLD (USA) INC. Plaintiff, | : | |
| v. | : | C.A. No. 2007-238-ML |
| ELEGANT PUBLISHING, INC. Defendant. | : | |

## REPLY TO COUNTERCLAIM

Plaintiff/Counterclaim Defendant Quebecor World (USA) Inc. ("Quebecor") replies as follows to the Counterclaim of Defendant Elegant Publishing, Inc. ("Elegant"):

### PARTIES

1. Quebecor admits the allegations in Paragraph 1 of the Counterclaim.
2. Quebecor admits the allegations in Paragraph 2 of the Counterclaim.

### JURISDICTION AND VENUE

3. Quebecor admits the allegations in Paragraph 3 of the Counterclaim.
4. Quebecor admits the allegations in Paragraph 4 or the Counterclaim.

### FACTS

5. Quebecor admits that it and Elegant entered into a Printing Agreement on or about August 27, 2004. However, the Counterclaim served on Quebecor did not include the attachment referenced as Exhibit A.
6. The Agreement speaks for itself. To the extent that a response is required, Quebecor denies any allegation that it breached any performance obligation under the Agreement or failed to provide the proper quality of services.
7. Quebecor denies the allegations in Paragraph 7 of the Counterclaim.

8. The Agreement speaks for itself. To the extent that a response is required, Quebecor denies any allegation that it breached its pricing obligations.

9. Quebecor denies the allegations in Paragraph 9 of the Counterclaim.

10. The Agreement speaks for itself. To the extent that a response is required, Quebecor denies any allegation that it breached any performance obligation under the Agreement or failed to provide the proper quality of services.

11. Quebecor denies the allegations in Paragraph 11 of the Counterclaim.

12. Quebecor denies the allegations in Paragraph 12 of the Counterclaim.

## COUNT I
## BREACH OF CONTRACT

13. Quebecor repeats its responses to Paragraphs 1 – 12 of the Counterclaim.

14. Quebecor denies the allegations in Paragraph 14 of the Counterclaim.

15. Quebecor denies the allegations in Paragraph 15 of the Counterclaim.

16. Quebecor denies the allegations in Paragraph 16 of the Counterclaim.

## COUNT II
## BREACH OF CONTRACT

17. Quebecor repeats its responses to Paragraphs 1 – 16 of the Counterclaim.

18. Quebecor denies the allegations in Paragraph 18 of the Counterclaim.

19. Quebecor denies the allegations in Paragraph 19 of the Counterclaim.

20. Quebecor denies the allegations in Paragraph 20 of the Counterclaim.

21. Quebecor denies the allegations in Paragraph 21 of the Counterclaim.

## COUNT III
## FRAUD

22. Quebecor restates its responses to Paragraphs 1 – 21 of the Counterclaim.

23. Quebecor denies the allegations in Paragraph 23 of the Counterclaim.

24. Quebecor denies the allegations in Paragraph 24 of the Counterclaim.

25. Quebecor denies the allegations in Paragraph 25 of the Counterclaim.

26. Quebecor denies the allegations in Paragraph 26 of the Counterclaim.

27. Quebecor denies the allegations in Paragraph 27 of the Counterclaim.

28. Quebecor denies the allegations in Paragraph 28 of the Counterclaim.

29. Quebecor denies the allegations in Paragraph 29 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Elegant has failed to plead its claims of fraud with sufficient particularity.

### Second Affirmative Defense

Elegant's Counterclaim is barred in whole or in part due to its breaches of the parties' Agreement.

### Third Affirmative Defense

Elegant's damages, if any, were caused by its own acts and omissions or the actions and omissions of third parties over whom Quebecor had no control or responsibility.

### Fourth Affirmative Defense

Elegant has failed to mitigate its alleged damages.

### Fifth Affirmative Defense

Elegant is estopped from asserting the allegations and claims in its Counterclaim.

### Sixth Affirmative Defense

Elegant's Counterclaim is barred by its unclean hands.

Seventh Affirmative Defense

Elegant's damage claims are barred in whole or in part by the Agreement's limitation of liability provisions.

WHEREFORE, Quebecor prays that this Court dismiss Elegant's Counterclaim with costs and award to Quebecor attorneys' fees, costs and all other appropriate remedies.

QUEBECOR WORLD (USA) INC.

By its Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000 (Tel.)
401-454-1030 (Fax)
srichard@nixonpeabody.com

Dated: July 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participant, Harris Weiner, Esq. at hkw@pinelaw.com, identified on the Notice of Electronic Filing, on this 19th day of July 2007.

/s/ Steven M. Richard