UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| QUEBECOR WORLD (USA) INC. | : | |
| Plaintiff, | : | |
| V. | : | C.A. No. 07-238-ML |
| | : | |
| ELEGANT PUBLISHING, INC. | : | |
| Defendant. | : | |

**DISMISSAL STIPULATION**

Pursuant to Fed. R. Civ. P. 41 (a) (i) (ii), the parties, acting by their authorized counsel, stipulate that Plaintiff's Complaint and Defendant's Counterclaim are dismissed with prejudice and with each side bearing its own costs and attorney's fees.

QUEBECOR WORLD (USA) INC.

By Its Attorney,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903
(401) 454-1025
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

ELEGANT PUBLISHING, INC.

By Its Attorney,

/s/ Harris K. Weiner
Harris K. Weiner (#3779)
321 South Main Street
Suite 302
Providence, RI 02903
(401) 351-8200
(401) 351-9032 (Fax)
hlew@pinelaw.com

Dated: November 20, 2007